IN THE

TENTH COURT OF
APPEALS




 
 
 
 
 
 
 


 



No. 10-04-00259-CV

 

Joseph W. Graves,

                                                                      Appellant

 v.

 

Weldon W. Alders,

                                                                      Appellee

 

 

 



From the 253rd District Court

Liberty County, Texas

Trial Court # 64353A

 



MEMORANDUM 
Opinion



 

          Appellant has filed a
motion to dismiss this appeal.  Appellee
has not filed a response.  Accordingly,
the appeal is dismissed.  See Tex. R. App. P. 42.1(a)(1).

PER CURIAM

Before Chief Justice Gray,

Justice Vance, and

Justice Reyna

Appeal dismissed

Opinion delivered and filed December 22, 2004

[CV06]








 






                                                                   BILL VANCE
                                                                   Justice

Before Chief Justice Gray,
      Justice Vance, and
      Judge Strother (Sitting by Assignment)



      (Chief Justice Gray dissenting)
Writ Denied
Opinion delivered and filed December 17, 2003
[CVO6]